## PETITIONS TO REHEAR

### BECKWITH v. LLEWELLYN

No. 243A89

Case below: 326 N.C. 569

Petition by defendants to rehear denied 26 July 1990 without prejudice to defendants' right to seek summary judgment on grounds other than collateral estoppel.

### CITY OF KANNAPOLIS v. CITY OF CONCORD

No. 460A89

Case below: 326 N.C. 512

Petition by defendant to rehear denied 26 July 1990.

### FISHER v. MELTON

No. 480A89

Case below: 326 N.C. 797

Petition by defendant (Lillie P. Melton) to rehear denied 26 July 1990.